**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SOMMER SHERWOOD,

      Plaintiff,

v.                                                   Case No:   6:25-cv-1884-PGB-LHP

GRT FINANCIAL, INC., BETTER
LIFE PLANS, LLC, HURON LAW
GROUP PLLC and JOHN DOES 1-10,

      Defendants

---

**ORDER**

    Before the Court is *pro se* Plaintiff Sommer Sherwood's Short-Form Motion to Compel, to which Defendants have filed a response in opposition.   Doc. Nos. 35-36.   Upon review, the motion (Doc. No. 35) will be denied without prejudice for failure to comply with the Court's Standing Order on Discovery Motions.   Doc. No. 28, ¶ 3 ("The Movant must attach any discovery requests and discovery responses.").

    Plaintiff has attached typed excerpts of the discovery requests and responses at issue, and Defendants have only attached their responses.   Doc. Nos. 35-1; 36-1; 36-2; 36-3.   These attachments do not provide a complete picture of the discovery

disputes raised in Plaintiff's motion – for example, the Court is unable to assess whether Defendant's objections are boilerplate and/or valid when the definitions to which the objections are directed are not provided.   Therefore, the parties' present filings prelude the Court from resolving any of the issues raised in Plaintiff's motion.

Accordingly, Plaintiff's motion (Doc. No. 35) is **DENIED WITHOUT PREJUDICE**.   Any renewed motion **shall** include complete copies of the discovery as served on Defendants, as well as Defendants' full responses to the discovery as served on Plaintiff.   The renewed motion shall also identify the precise discovery requests at issue and provide legal authority in support.   Prior to the filing of any renewed motion, the parties are also **DIRECTED** to conduct an additional good faith conferral – which must take place either in-person or via telephone – email will not suffice.   *See* Doc. No. 28, ¶ 1.   A renewed motion must contain a certification detailing the date, time, manner, and outcome of the conferral.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -